UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

FLAVIO GARCIA ROJAS,

                Petitioner,

v.

RANDY BLADES,

                Respondent.

Case No. 1:09-cv-00005-EJL

**JUDGMENT**

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: **February 6, 2012**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1