# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FLAVIO GARCIA ROJAS,<br><br>   Petitioner,<br><br>v.<br><br>RANDY BLADES,<br><br>   Respondent. | Case No. 1:09-cv-00005-EJL<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed with prejudice. Additionally, this case is hereby ordered closed.

DATED: **February 6, 2012**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1